Michael J. Bowe
(admitted pro hac vice)
mbowe@brithem.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brithem.com
BRITHEM LLP
565 Fifth Avenue
New York, NY 10017
Telephone: (646) 653-9378

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
OLSON STEIN LLP
240 Nice Lane # 301
Newport Beach, CA 92663
Telephone: (949) 887-4600

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

S.O.,

Plaintiff,

v.

MINDGEEK S.A.R.L., et al.,

Defendants.

Case No. 2:24-cv-04998-WLH-ADS

**NOTICE OF FILING OF PLAINTIFFS' OMNIBUS RULE 54(B) MOTION FOR ENTRY OF FINAL JUDGMENT AS TO REDWOOD AND COLBECK DEFENDANTS**

Judge: Hon. Wesley L. Hsu
Hearing Date: September 18, 2026
Hearing Time: 1:30 PM
Courtroom: 9B

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that on August 5, 2026, in related Case *Fleites v. MindGeek S.à.r.l., et al,* No. 2:21-cv-04920-WLH-ADS (the "Fleites Action"), Plaintiff Serena Fleites and plaintiffs in the Related Actions filed a Notice of Omnibus Rule 54(B) Motion for Entry of Final Judgment as to Redwood and Colbeck Defendants in the following actions:

a) *K.A. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04786-WLH-ADS (C.D. Cal. Dec. 15, 2025);

b) *N.L. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04788-WLH-ADS (C.D. Cal. Dec. 16, 2025);

c) *L.T. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04791-WLH-ADS (C.D. Cal. Dec. 16, 2025);

d) *T.C. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04795-WLH-ADS (C.D. Cal. Dec. 16, 2025);

e) *X.N. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04800-WLH-ADS (C.D. Cal. Dec. 15, 2025);

f) *N.Y. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04801-WLH-ADS (C.D. Cal. Dec. 15, 2025);

g) *J.C. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04971-WLH-ADS (C.D. Cal. Dec. 16, 2025);

h) *W.L. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04977-WLH-ADS (C.D. Cal. Dec. 16, 2025);

i) *C.S. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04992-WLH-ADS (C.D. Cal. Dec. 16, 2025);

j) *S.O. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04998-WLH-ADS (C.D. Cal. Dec. 16, 2025);

k) *L.S. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-05026-WLH-ADS (C.D. Cal. Dec. 16, 2025);

l) *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. Dec. 16, 2025);

m) *A.K. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-05190-WLH-ADS (C.D. Cal. J Dec. 15, 2025)*; and*

n) *J.L. v.* MindGeek *S.à.r.l., et al.,* No. 2:24-cv-07046-WLH-ADS (C.D. Cal. Dec. 16, 2025).

DATED: August 5, 2026

Respectfully submitted,

By: */s/Michael J. Bowe*

Michael J. Bowe (pro hac vice)
mbowe@brithem.com
Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
BRITHEM LLP
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN 198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
OLSON STEIN LLP
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiffs*